# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 10-330-02 |
| | : | |
| **SALEEM JORDAN** | : | |

## ORDER

AND NOW, this 27th day of September 2023, upon considering Defendant's Motion to lift the stay (ECF No. 131), Defendant's habeas Petition under 28 U.S.C. § 2255 (ECF No. 125), and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion to lift the stay (ECF No. 131) is **GRANTED**;[1]

2. Defendant's Petition (ECF No. 125) is **DENIED**;

3. We **DENY** a certificate of appealability;[2] and,

4. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.

---

[1] Chief Judge Petrese B. Tucker's May 19, 2016 Administrative Order stayed progress on all motions filed under 28 U.S.C. § 2255 seeking collateral relief based on *Johnson v. United States*, 576 U.S. 591 (2015). ECF No. 126. The Administrative Order no longer applies as fully addressed in today's accompanying Memorandum.

[2] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).